# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CENGIZ SENGEL

Plaintiff(s),

v.

DELTA CREDIT MANAGEMENT, LLC, et al.

Defendant(s).

CASE NUMBER:

5:21−cv−00670−JGB−KK

## NOTICE OF DEFICIENCY
## DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  PENDLETON CAPITAL MANAGEMENT, INC. d/b/a INTEGRATED RECOVERY SERVICES, INC  for the following reason(s):

_    No declaration as required by F.R.Civ.P 55(a)

_    No proof of service/waiver of service on file

_    The name of the person served does not exactly match the person named in complaint

_    Proof of Service is lacking required information

_    Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt

_    Time to respond has not expired

_    Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file

_    Request for Entry of Default has been forwarded to the assigned Judge

_    Party dismissed from action on

_    Case terminated on

 X   Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.

     Other: The Affidavit of Process Server does not indicate whether service was made by FRCP or CCP.

 X   If the agent is one authorized by statute to receive service and the statute so requires, also by mailing a copy to the defendant.

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

_    No Entry of Default on file

_    No declaration as required by F.R.Civ.P 55(b)

_    The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint

_    Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint

_    A declaration establishing the amount due must accompany the plaintiff's request for default judgment

_    No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge

_    Amount sought is not for a sum certain or cannot be computed to a sum certain

_    Attorney Fees sought not in compliance with Local Rule 55−3

_    Amount sought for costs is incorrect

_    Case terminated on

_    Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.

_    Other:

CLERK, U.S. DISTRICT COURT

Date:_ May 25, 2021 _                              By: _/s/ *Trina Debose* _
                                                   Deputy Clerk
                                                   714–338–4568

CV–52B(09/12)              NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT